UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY,<br><br>      Plaintiff,<br><br>   vs.<br><br>MILESTONE PACIFIC PROPERTIES, LLC, et al.,<br><br>      Defendants. | Case No:  C 10-00079  SBA<br><br>**JUDGMENT** |

   In accordance with the Court's Order Regarding Plaintiff's Motion for Summary Judgment,

   IT IS HEREBY ORDERED THAT judgment is entered in favor of Plaintiff.  The Clerk shall close the file and terminate any pending matters.

   IT IS SO ORDERED.

Dated: 9/13/10

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge