GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
MARTINA I. CUCULLU, Bar No. 262529
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: afriedenberg@glynnfinley.com

Attorneys for Plaintiff
ConocoPhillips Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONOCOPHILLIPS COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>MILESTONE PACIFIC PROPERTIES, LLC, a California Limited Liability Company, BPG PACIFIC, LLC, a California Limited Liability Company, COPELAND CREEK APARTMENTS, LLC, a California Limited Liability Company, SAEED GHAFOORI a/k/a PAUL GHAFOORI, an individual, GISSOU GHAFOORI, an individual, GLENN LARSEN, an individual, and FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation,<br><br>    Defendants. | Case No. CV 10-00079 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER SCHEDULING DEBTORS' EXAMINATIONS AND DEADLINE FOR PRODUCTION OF DOCUMENTS** |

    On February 2, 2011, the Court found that good cause exists for permitting Plaintiff ConocoPhillips Company ("ConocoPhillips") to take debtors' examinations and serve requests for the production of documents that will aid in the execution of the judgment. Thus, the Court ordered that Defendants Saeed Ghafoori, a/k/a Paul Ghafoori, Gissou Ghafoori, Glenn Larsen ("Larsen"), Milestone Pacific Properties, LLC ("Milestone"), BPG Pacific, LLC ("BPG"), and Copeland Creek Apartments, LLC ("Copeland") (collectively, "Defendants") appear personally

on March 2, 2011, in this Court for such examinations. ConocoPhillips subsequently served all Defendants with the examination order, as well as subpoenas requiring the production of certain documents. The parties now stipulate, and request that the Court order, as follows:

1. All Defendants shall produce documents responsive to ConocoPhillips' document requests and subpoenas no later than March 18, 2011;

2. Larsen and the person(s) most knowledgeable for Copeland shall appear for examination at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, in Courtroom F, on ~~March 22, 2010~~ March 23, 2011 at 9:30 a.m.;

3. Saeed Ghafoori, Gissou Ghafoori and the person(s) most knowledgeable for Milestone and BPG shall appear for examination at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, in Courtroom F, on ~~March 24, 2010~~ March 30, 2011 at 9:30 a.m.

Dated: March 10, 2011

GLYNN & FINLEY, LLP
ADAM FRIEDENBERG
MARTINA I. CUCULLU
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596


By  /s/ Adam Friedenberg
Attorneys for Plaintiff
ConocoPhillips Company

Dated: March 10, 2011

LAW OFFICES OF JOHN T. SCHREIBER
JOHN T. SCHREIBER
2000 Ridgewood Road
Alamo, CA 94507


By  /s/ John T. Schreiber
Attorney for Defendants

- 2 -
STIPULATION AND [PROPOSED] ORDER SCHEDULING DEBTORS' EXAM

1  **ORDER**

2  Pursuant to the above stipulation, it is so ordered.

3

4  Dated: March 16, 2011

    Hon. James Larson
5   United States District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER SCHEDULING DEBTORS' EXAM